(137 So. 464)

## Luther ELMORE v. STATE.

### 8 Div. 323.

Supreme Court of Alabama.

Nov. 5, 1931.

Thos. E. Knight, Jr., Atty. Gen., and Fred Wall, of Athens, for the State.

R. B. Patton, of Athens, for respondent.

PER CURIAM.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Luther Elmore v. State, 137 So. 462.

Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.